# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Gutierrez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Customs and Border Protection,<br><br>　　　　Defendant. | NO. CV-23-00084-TUC-AMM<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation to Dismiss with Prejudice, that this case is dismissed with prejudice. Each party will bear its own attorneys' fees, costs, and expenses.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 19, 2024

　　　　　　　　　　　　　　　　　s/ M. Espinoza
　　　　　　　　　　　　　By　　Deputy Clerk